Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
 MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: 06-0819<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| PHYLLIS WRIGHT, Individually, and as Personal Representative of the ESTATE of JAMES WRIGHT, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER, INC., et al.,<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, PHYLLIS WRIGHT, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES WRIGHT, DECEASED, and Defendants, PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 17, 2009                LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, P.A.

By: _____
Peter L. Kaufman
Attorneys for Plaintiffs

DATED: August 6, 2009                GORDON & REES

By: _____/s/_____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: AUG 17 2009

_____
Hon. Charles R. Breyer
United States District Court